THE FLORIDA TIMES-UNION
Jacksonville, FL
Affidavit of Publication

Florida Times-Union
_____

**HAMILTON, MILLER & BIRTHISEL LLP**
**100 SOUTH ASHLEY DR. STE 1210**
**TAMPA, FL 33602**

ACCT: 44043
AD# 0003189898-01

State of Florida
County of Duval

Before the undersigned authority personally appeared Sharon Walker who on oath says he/she is a Legal Advertising Representative of The Florida Times-Union, a daily newspaper published in Jacksonville in Duval County, Florida; that the attached copy of advertisement is a legal ad published in The Florida Times-Union. Affiant further says that The Florida Times-Union is a newspaper published in Jacksonville, in Duval County, Florida, and that the newspaper has heretofore been continuously published in Duval County, Florida each day, has been entered as second class mail matter at the post office in Jacksonville, in Duval County, Florida for a period of one year preceding the first publication of the attached copy of advertisement; and affiant further says the he/she has neither paid nor promised any person, firm or corporation any discount, rebate, commission, or refund for the purpose of securing this advertisement for publication in said newspaper.

PUBLISHED ON: 07/08/2019, 07/15/2019, 07/22/2019, 07/29/2019

FILED ON: 07/08/2019

---

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
IN ADMIRALTY
CASE NO: CASE NO.: 3:19-cv-634-J-39JRK

IN THE MATTER OF THE COMPLAINT
OF POWERBOAT P1 USA LLC,
AS OWNER OF M/V FRANK & AL'S PIZZA,
VISIT JACKSONVILLE AND

RAPID BUILDING SOLUTIONS
FOR EXONERATION FROM OR
LIMITATION OF LIABILITY,
   Petitioner.

NOTICE OF MONITION

LEGAL NOTICE FOR PUBLICATION. Notice is hereby given that Petitioners, POWERBOAT P1 MANAGEMENT UK LTD as owner, and POWERBOAT P1 USA, LLC, as owner proc hac vice (collectively the "Petitioners"), of the FRANK & AL'S PIZZA (HIN: US-PPUP0033B313) and RAPID BUILDING SOLUTIONS (HIN: US-PPUP0017H112), (hereinafter collectively referred to as the "Vessels"), has filed a Complaint pursuant to Title 46, United States Code, Section 30501-30512, claiming the right to exoneration from or limitation of liability for any and all claims allegedly resulting from property damage, personal injuries or death which occurred on or about June 2, 2018, on the navigable waters of the United States in Jacksonville, Duval County, Florida as more fully set forth in the Complaint. Any and all persons or corporations claiming damage for any and all losses, destruction or damage arising from, or relating to, the matters set forth in the Complaint shall file their claims with the Clerk, United States District Court for the Middle District of Florida, Jacksonville Division, 300 North Hogan Street, Jacksonville, Florida 32202, and serve on or mail to Petitioners' attorneys, Hamilton, Miller & Birthisel, LLP, 100 South Ashley Drive, Suite 1210, Tampa, Florida 33602, Telephone: (813) 223-1900, Facsimile: (813) 223-1933, a copy on or before July 26, 2019; any and all persons or corporations desiring to contest allegations of the Complaint shall also file an answer in the above United States District Court and shall serve a copy thereof to the attorneys for Petitioners, on or before July 26, 2019. FAILURE TO TIMELY FILE A CLAIM AND/OR ANSWER BY JULY 26, 2019 MAY RESULT IN THE WAIVER OF YOUR RIGHT TO FILE A CLAIM AND/OR ANSWER.

---

Name: Sharon Walker    Title: Legal Advertising Representative

In testimony whereof, I have hereunto set my hand and affixed my official Seal the day and year aforesaid.

NOTARY: *Julie Fowler Kanner*



JULIE FOWLER KANNER
State of Florida-Notary Public
Commission # GG 249492
My Commission Expires
September 24, 2022